**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **MITCHELL BENJI CUBAS CAMPOS,**<br><br>**Petitioner,**<br><br>**v.**<br><br>**WARDEN DELANEY HALL DETENTION FACILITY, et al.,**<br><br>**Respondents.** | **Civil Action No. 26-9480 (SDW)**<br><br>**ORDER** |

This matter comes before this Court on Petitioner Mitchell Benji Cubas Campos's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1) and Respondents' answer in opposition (ECF No. 6). For the reasons set forth in the accompanying Opinion filed herewith,

**IT IS** on this 7th day of August, 2026

**ORDERED** that the Petition at ECF No. 1 is **GRANTED AS MODIFIED**; and it is further

**ORDERED** that if a hearing has already taken place as of the date of this Opinion and Order, Respondents shall file a notice on the docket stating the date of the hearing and providing a copy of the immigration court's order. No further action shall be necessary; and it is further

**ORDERED** that if no hearing has occurred, Respondents shall provide petitioner with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a) before an immigration judge within 7 days of this Order. Respondents shall provide the immigration court a copy of this Opinion and Order prior to the hearing; and it is further

**ORDERED** that Petitioner, or his counsel, shall have notice of the bond hearing, a reasonable opportunity to prepare, and be permitted to reschedule the hearing without seeking this Court's intervention. The rescheduled date may be outside of the 7-day period at Petitioner's request; and it is further

**ORDERED** that any restrictions imposed by this Court on Petitioner's location are **LIFTED**; and it is finally

**ORDERED** that the Clerk shall send copies of the Opinion and Order to Petitioner by regular mail and **CLOSE** this case.

Hon. Susan D. Wigenton,
United States District Judge